UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 25-mj-136 |
| v. : | |
| : | |
| VICTOR RENATO BLYTHE, : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Rachel Bohlen, who may be contacted by telephone on (202) 809-3575 or e-mail at rachel.bohlen@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

By:   */s/ Rachel Bohlen*
Rachel Bohlen
DC Bar No. 1010981
Assistant United States Attorney
601 D St NW
Washington, DC 20530
(202) 809-3575
rachel.bohlen@usdoj.gov