UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br> )<br>         v.                                      )    No.   25-mj-136 (MAU)<br>VICTOR RENATO BLYTHE        )<br> )<br>         Defendant.                       )<br> ) | |

### UNOPPOSED MOTION TO CONTINUE DETENTION HEARING

Victor Blythe, through undersigned counsel, requests that the detention hearing currently scheduled for August 15, 2025, be continued for approximately one week, and the time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161. In support, counsel submits as follows:

1. On August 12, 2025, Mr. Blythe was charged via criminal complaint with violations of 18 U.S.C. §2252, §2251(a) (2), and §2252(a)(4) and (b)(2).

2. On August 13, 2025, Mr. Blythe appeared for his initial appearance and the Court appointed the Office of the Federal Public Defender to represent him and scheduled a detention hearing for August 15, 2025.

3. After conferring with Mr. Blythe and his family, undersigned counsel will need more time to prepare for his detention hearing in order to provide the Court with information relevant to its consideration. There is also a possibility that Mr. Blythe will retain counsel and will wish for retained counsel to represent him at a detention hearing.

4. Undersigned counsel has conferred with government counsel, who has no opposition to this request.[1]

---

[1] The parties are available either on August 20, 25 in the morning, or the 26th.

5. Mr. Blythe consents that time be excluded from calculation, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, until the date of the detention hearing in this matter.

WHEREFORE, Mr. Blythe requests that this Honorable Court continue the detention hearing currently scheduled for August 15, 2025, for one week, and toll time under the Speedy Trial Act until the new hearing date.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
Maria N. Jacob
Assistant Federal Public Defender
D.C. Bar No. 1031486
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Maria_jacob@fd.org